# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**ALLEN J. BENDER**

**CHANGE OF PLEA HEARING MINUTES**

Case No. 25-cr-0236-bhl

---

HONORABLE BRETT H. LUDWIG presiding
Proceeding Held: September 9, 2026
Deputy Clerk: Julie D.

Time Called: 11:04 a.m.
Time Concluded: 11:27 a.m.
Court Reporter: T. Malkiewicz

**Appearances:**

UNITED STATES OF AMERICA by: Megan Thomas

ALLEN J. BENDER in person and by: Gabriela Leija

U.S. PROBATION OFFICE by: Maria Mahmoudi

---

☒ Plea agreement filed, (ECF No. 24).
☒ Defense counsel advises that the defendant wishes to enter a plea of guilty.
☒ Defendant sworn.
☒ Defendant advised that false statements made under oath may result in prosecution for perjury.
☒ Court questions the defendant as to background, education, medical history, drug usage.
☒ Defendant has reviewed plea agreement with counsel and is satisfied w/ representation.

☒ Court advises the defendant as to:
- ☒ Elements of the offense
- ☒ Forfeiture provision
- ☒ Mandatory minimum incarceration (ECF No. 24 ¶6, 10 yrs)
- ☒ Sentencing guidelines
- ☒ Rule 11(b) Rights
- ☒ Waiver of appeal rights (ECF No. 24 ¶30)
- ☒ Maximum penalties

☒ Government provides factual basis as set forth in plea agreement.

---

☒ GUILTY plea entered as to the one-count Indictment
☒ CHARGE: possession of child pornography in violation of 18 U.S.C. §2252A(a)(5)(B) and §2252A(b)(2)
☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea.
☒ Defendant adjudged guilty as to the one-count Indictment.
☒ PSR ordered.
☒ Sentencing set for: **December 10, 2026, at 9:00 a.m.** in Courtroom 320, 517 E. Wisconsin Ave., Milwaukee, Wisconsin 53202

---

☒ Detention continued; or ☐ Bond continued: ☐ as previously set, or ☐ as modified: